IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MASSEY L. ALLEN JR., <br><br> Petitioner, <br><br> vs. <br><br> ROB JEFFREYS, Director Nebraska Department of Correctional Services; <br><br> Respondent. | 8:25CV346 <br><br> **MEMORANDUM AND ORDER** |

This matter is before the Court on a motion for continuance (the "Motion") filed by Petitioner Massey L. Allen Jr. ("Petitioner"), Filing No. 14, purportedly seeking additional time to comply with this Court's November 21, 2025, Memorandum and Order (the "Order"), Filing No. 13, which was filed in response to Petitioner's Motion to Stay, *see* Filing No. 7. However, the Order requires Petitioner to supplement his Petition to include an allegedly unexhausted claim, *see id.*, whereas Petitioner's Motion appears to seek additional time not to supplement his Petition but instead to allow time for the state courts to rule on his allegedly unexhausted claim, *see* Filing No. 14 at 1 (arguing that he believes the state courts will rule on his unexhausted claim within 30 days). Clearly Petitioner misunderstands the Order.

Petitioner must file a supplement to his Petition describing the claim he alleges is currently unexhausted so that this Court may address the pending Motion to Stay and this claim in conjunction with the Petition regardless of whether the stay is granted or denied. The supplement need only provide a description of the claim such as the description provided in the Motion as follows (although he may also provide additional legal argument in support in his supplement if he so chooses):

> [The claim] deals with the change of the prison terms for non-violent felony convictions under the Nebraska Habitual Criminal Statute; Neb. Rev. Stat. §29-2221(1)(c). Subsection (c) provides committed offenders with a recalculation of their Habitual Criminal sentence from a mandatory 10 years to a mandatory 3 years to 20 years, which involves an inmates P.E.D. Parole Eligibility Date.
>
> I meet the criteria for a recalculation under the recently decided case of *State ex rel. Hilgers v. Evnen*, 318 Neb 803 (2025). The Department - NDCS, are refusing to recalculate. This is my unexhausted claim.

*Id.* at 1-2.

   IT IS THEREFORE ORDERED that:

1. Petitioner's Motion, Filing No. 14, is granted to the extent he seeks additional time to file a supplement to his Petition in compliance with this Memorandum and Order and the Court's November 21, 2025, Order, Filing No. 13. Petitioner is warned a failure to do so shall result in denial of the Motion to Stay and shall exclude further consideration of his allegedly unexhausted claim in this matter.

2. The Clerk's Office is directed to set a pro se case management deadline in this case using the following text: **February 6, 2026**: check for Petitioner's supplement to his Petition.

Dated this 7th day of January, 2026.

BY THE COURT:

*/s/ Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge